DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6698

FILED ✓      RECEIVED
ENTERED      SERVED ON
             COUNSEL/PARTIES OF RECORD

APR 1 5 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>IGNACIO ORTEGA-MEZA, and<br>JUAN CARLOS SANDOVAL-PALACIOS,<br><br>        Defendants. | 2:15-cr-105-APG-PAL<br><br>MOTION TO UNSEAL CRIMINAL INDICTMENT AND PROCEEDINGS |

COMES NOW, the United States of America by and through DANIEL G. BOGDEN, United States Attorney, and AMBER M. CRAIG, Assistant United States Attorney, and respectfully moves this Court to unseal the Criminal Indictment, as well as the entire case and proceedings in the instant matter. The Indictment was sealed in error and it is not necessary to seal the proceedings in this matter. As such, the Government requests that the case be unsealed.

DATED this 15th day of April, 2015.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Amber M. Craig
AMBER M. CRAIG
Assistant United States Attorney

IT IS SO ORDERED this 20th day of April, 2015.

/s/ Peggy A. Leen
Peggy A. Leen
United States Magistrate Judge

1