DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN BROWN & PREMSRIRUT
520 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-6965
Attorney for Defendant
Ignacio Ortega-Meza

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> IGNACIO ORTEGA-MEZA, ) <br> ) <br> Defendant. ) <br>_____ ) | 2:15-cr-00105-APG-PAL |

**STIPULATION TO CONTINUE SENTENCING**
(First Request)

**IT IS HEREBY STIPULATED AND AGREED,** by and between Robert Knief, Assistant United States Attorney, counsel for the United States of America, and David T. Brown, counsel for defendant, that sentencing, currently scheduled for October 2, 2018, be continued for at least thirty (30) days, and that it be set for a date and time convenient to the court. This Stipulation is entered into for the following reasons:

1. The instant case is one where the defendant promptly entered a plea.

2. The undersigned and the defendant are in the process of preparing for the sentencing hearing and feel additional time is needed to be properly prepared.

3. The undersigned was out of the country when the pre-sentence report arrived and needs more time to meet with the client a few more times to finalize the sentencing memorandum and prepare the defendant for sentencing.

4. The defendant doesn't speak English so the only way to communicate is in person with the aid of an interpreter.

5. The defendant is aware of the need to prepare for sentencing and he has no objection to this request for a continuance.

6. The additional time requested herein is not sought for purposes of delay. This is the first request for continuance filed herein.

**DATED** this 25th day of September, 2018.

                                                      Respectfully submitted
                                                    United States Attorney

| /s/ | /s/ |
|---|---|
| DAVID T. BROWN, ESQ. | ROBERT KNIEF |
| Counsel for Defendant | Assistant United States Attorneys |

DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN, BROWN & PREMSRIRUT
520 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
Attorney for Defendant
Ignacio Ortega-Meza

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | 2:15-cr-00105-APG-PAL |
| ) vs. ) | |
| ) | **FINDINGS OF FACT, CONCLUSIONS** |
| IGNACIO ORTEGA-MEZA, ) | **OF LAW AND ORDER** |
| ) Defendants. ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The instant case is one where the defendant promptly entered a plea.

2. The undersigned and the defendant are in the process of preparing for the sentencing hearing and feel additional time is needed to be properly prepared.

3. The undersigned was out of the country when the pre-sentence report arrived and needs more time to meet with the client a few more times to finalize the sentencing memorandum and prepare the defendant for sentencing.

4. The defendant doesn't speak English so the only way to communicate is in person with the aid of an interpreter.

5. The defendant is aware of the need to prepare for sentencing and he has no objection to this request for a continuance.

//

6. The additional time requested herein is not sought for purposes of delay. This is the first request for continuance filed herein.

**IT IS THEREFORE ORDERED** that the Tuesday, October, 2 2018, sentencing be vacated and continued to __November 15__, 2018, at the hour of _11:00_ a.m., in Courtroom # _6C_.

**DATED** this _26th_ day of _September_, 2018.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 25th day of September, 2018, the **STIPULATION TO CONTINUE SENTENCING** was electronically served upon all attorneys of record in this matter.

BY: _____/s/_____
David T. Brown
Nevada Bar No. 6914
520 S. Fourth Street, #320
Las Vegas, Nevada 89101

4